**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
*06/22*

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Midtown ABC LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3703620** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5 Lake Carolina Way, Ste 150**<br>**Columbia, SC 29290**<br>Number, Street, City, State & ZIP Code | **6881 Pennington Road**<br>**Columbia, SC 29209**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Richland**<br>County | Location of principal assets, if different from principal place of business<br>**6881 Pennington Road Columbia, SC 29209**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Midtown ABC LLC**
Name                                                    Case number (*if known*) _____

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Midtown ABC LLC**                                                              Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Midtown ABC LLC**

Name    Case number (*if known*)

- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Midtown ABC LLC**                                                    Case number (*if known*) _____
         Name

---

| | Request for Relief, Declaration, and Signatures |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 19, 2023**
             MM / DD / YYYY

**X** **/s/ Lakesha Covington Rasberry**                    **Lakesha Covington Rasberry**
   Signature of authorized representative of debtor        Printed name

Title   **Owner**

---

**18. Signature of attorney**

**X** **/s/ JASON T. MOSS**                          Date   **December 19, 2023**
   Signature of attorney for debtor                          MM / DD / YYYY

**JASON T. MOSS 7240**
Printed name

**MOSS & ASSOCIATES, ATTORNEYS P.A.**
Firm name

**816 ELMWOOD AVENUE**
**COLUMBIA, SC 29201**
Number, Street, City, State & ZIP Code

Contact phone   **(803)-933-0202**      Email address   **lindsey@mossattorneys.com**

**7240 SC**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name      **Midtown ABC LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2023**          X **/s/ Lakesha Covington Rasberry**
_____        Signature of individual signing on behalf of debtor

                                        **Lakesha Covington Rasberry**
                                        Printed name

                                        **Owner**
                                        Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name     **Midtown ABC LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $ _____ **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $ _____ **0.00**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ **0.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ _____ **66,788.57**

4.   **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

$ _____ **66,788.57**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Midtown ABC LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | **$0.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account              Last 4 digits of account number

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                     **$0.00**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          **0.00**    -          **0.00**   = ....          **$0.00**
                                    face amount              doubtful or uncollectible accounts

Debtor    **Midtown ABC LLC**                                    Case number *(If known)* _____
Name

11a. 90 days old or less: _____ **0.00** - _____ **0.00** = .... _____ **$0.00**
face amount                  doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                          | **$0.00** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**
13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**
54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**
59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Debtor     **Midtown ABC LLC**                                                    Case number *(If known)* _____
             Name

61.        **Internet domain names and websites**

62.        **Licenses, franchises, and royalties**
           **RETAIL LIQUOR LICENSE: LIQUOR LICENSE,**
           **DEBTOR HAD A LIQUOR LICENSE,**
           **HOWEVER, SINCE THE BUSINESS HAS NOT**
           **BEEN ACTIVE OVER THE PAST 18 MONTHS**
           **THE LICENSE MAY HAVE BEEN CANCELLED**
           **BY THE ASSIGNING AUTHORITY.** _____  **$0.00**    **Liquidation** _____              **$0.00**

63.        **Customer lists, mailing lists, or other compilations**

64.        **Other intangibles, or intellectual property**

65.        **Goodwill**

66.        **Total of Part 10.**                                                         **$0.00**

           Add lines 60 through 65. Copy the total to line 89.

67.        **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
           ■ No
           ☐ Yes

68.        **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
           ■ No
           ☐ Yes

69.        **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Midtown ABC LLC**_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name __**Midtown ABC LLC**__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Midtown ABC LLC**__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**AMAZON**<br>**PO BOX 530918**<br>**Atlanta, GA 30353**<br><br>Date(s) debt was incurred __2/19__<br>Last 4 digits of account number __3620__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Line of Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,922.24** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**BITTY ADVANCE**<br>**1490 WILLIAM FLOYD PKWY, STE 102**<br>**Shirley, NY 11967**<br><br>Date(s) debt was incurred __2/19__<br>Last 4 digits of account number __1247__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Line of Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,772.79** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**EDDIE MAYNARD JR**<br>**1219 BATCHELOR STREET**<br>**West Columbia, SC 29169**<br><br>Date(s) debt was incurred __1/20__<br>Last 4 digits of account number __3553__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Judgment__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,280.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**HOGBACK SOUTH CAROLINA**<br>**C/O CRAWFORD & VON KELLER**<br>**PO BOX 4216**<br>**Columbia, SC 29240**<br><br>Date(s) debt was incurred __1/20__<br>Last 4 digits of account number __3620__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Judgment__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,945.05** |

Debtor **Midtown ABC LLC**

Name

Case number (if known) _____

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**IRS**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **3620**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$226.87** |

**JC PENNEY**
**PO BOX 669812**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19**

**Basis for the claim:**  **Line of Credit**

Last 4 digits of account number  **3620**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LAKESHA COVINGTON RASBERRY**
**6881 PENNINGTON ROAD**
**Columbia, SC 29209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **3620**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**LEXINGTON COUNTY TREASURER**
**212 SOUTH LAKE DRIVE**
**Lexington, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **3620**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$680.79** |

**QUIKTAP**
**PO BOX 4337**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19**

**Basis for the claim:**  **Line of Credit**

Last 4 digits of account number  **5857**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$515.90** |

**QUILL LLC**
**PO BOX 37600**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19**

**Basis for the claim:**  **Line of Credit**

Last 4 digits of account number  **3620**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,444.93** |

**SAMS CLUB**
**PO BOX 669825**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/19**

**Basis for the claim:**  **Line of Credit**

Last 4 digits of account number  **2271**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Midtown ABC LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SC DEPT OF REVENUE**
**PO BOX 12265**
**Columbia, SC 29211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  **3620**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,000.00 |
|---|---|---|---|

**SMALL BUSINESS ADMINISTRATION**
**2 NORTH 20TH STREET, STE 320**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20**

Basis for the claim:  **Line of Credit**

Last 4 digits of account number  **9110**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CRAWFORD & VON KELLER**<br>**PO BOX 4216**<br>**Columbia, SC 29240** | Line  **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CURE PAYMENT RECOVERY SOLUTIONS**<br>**1490 WILLIAM FLOYD PKWY, STE 102**<br>**Shirley, NY 11967** | Line  **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **GHOSTANDZZ LLC**<br>**1219 BATCHELOR STREET**<br>**West Columbia, SC 29169** | Line  **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **RICHLAND COUNTY CLERK OF COURT**<br>**1701 MAIN STREET, #205**<br>**Columbia, SC 29201** | Line  **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **RICHLAND COUNTY CLERK OF COURT**<br>**1701 MAIN STREET, #205**<br>**Columbia, SC 29201** | Line  **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **RICHLAND COUNTY MASTER IN EQUITY**<br>**THE HONORABLE JUDGE JOSEPH M STRICKLAND**<br>**1701 MAIN STREET, ROOM 212**<br>**Columbia, SC 29201** | Line  **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **SMALL BUSINESS ADMINISTRATION**<br>**1835 ASSEMBLY STREET**<br>**ROOM 358**<br>**Columbia, SC 29201** | Line  **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **SMALL BUSINESS ADMINISTRATION**<br>**PO BOX 3918**<br>**Portland, OR 97208** | Line  **3.13**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Midtown ABC LLC** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.9 | **ZIMLINA LLC**<br>**2126 DEVINE STREET, STE A**<br>**Columbia, SC 29205** | Line  **3.4**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 66,788.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 66,788.57 |

**Fill in this information to identify the case:**

Debtor name __**Midtown ABC LLC**__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **HOGBACK CAROLINA**<br>**5 LAKE CAROLINA WAY, STE 150**<br>**Columbia, SC 29229** |

**Fill in this information to identify the case:**

Debtor name      **Midtown ABC LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **LAKESHA COVINGTON RASBERRY** | **6881 PENNINGTON ROAD Columbia, SC 29209** | **BITTY ADVANCE** | ☐ D _____<br>■ E/F    **3.2**<br>☐ G _____ |
| 2.2 **LAKESHA COVINGTON RASBERRY** | **6881 PENNINGTON ROAD Columbia, SC 29209** | **QUIKTAP** | ☐ D _____<br>■ E/F    **3.9**<br>☐ G _____ |
| 2.3 **LAKESHA COVINGTON RASBERRY** | **6881 PENNINGTON ROAD Columbia, SC 29209** | **EDDIE MAYNARD JR** | ☐ D _____<br>■ E/F    **3.3**<br>☐ G _____ |
| 2.4 **LAKESHA COVINGTON RASBERRY** | **6881 PENNINGTON ROAD Columbia, SC 29209** | **HOGBACK SOUTH CAROLINA** | ☐ D _____<br>■ E/F    **3.4**<br>☐ G _____ |
| 2.5 **LAKESHA COVINGTON RASBERRY** | **6881 PENNINGTON ROAD Columbia, SC 29209** | **HOGBACK CAROLINA** | ☐ D _____<br>☐ E/F _____<br>■ G    **2.1** |

Debtor    **Midtown ABC LLC**
_____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name      **Midtown ABC LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$68,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **N/A** | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **N/A** | **$0.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **N/A** | **$0.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Midtown ABC LLC** | Case number *(if known)* | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **HOGBACK SOUTH CAROLINA V MIDTOWN ABC AND LAKESHA WILLIAMS** 2022CP4002794 | **CIVIL** | **RICHLAND COUNTY CLERK OF COURT 1701 MAIN STREET, #205 Columbia, SC 29201** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **EDDIE MAYNARD JR V MIDTOWN ABC** 2021CP4003553 | **CIVIL** | **RICHLAND COUNTY CLERK OF COURT 1701 MAIN STREET, #205 Columbia, SC 29201** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Midtown ABC LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **MOSS & ASSOCIATES, ATTORNEYS P.A.<br>816 ELMWOOD AVENUE<br>COLUMBIA, SC 29201** | **ATTORNEYS FEES: $499.00<br>FILING FEE: $338.00** | **DECEMBER 2023** | **$837.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **Midtown ABC LLC** | Case number *(if known)* |
|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Midtown ABC LLC** _____    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Midtown ABC LLC** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **LAKESHA COVINGTON RASBERRY**<br>**6881 PENNINGTON ROAD**<br>**Columbia, SC 29209** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **LAKESHA COVINGTON<br>RASBERRY** | **6881 PENNINGTON ROAD<br>Columbia, SC 29209** | **PRESIDENT** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

| Debtor | **Midtown ABC LLC** | Case number *(if known)* | |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2023**

**/s/ Lakesha Covington Rasberry**                    **Lakesha Covington Rasberry**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re   **Midtown ABC LLC**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **499.00** |
| Prior to the filing of this statement I have received | $ **499.00** |
| Balance Due | $ **0.00** |

2. $ **338.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, motions to incur debt, motions to sell property, moratoriums, motions to reconsider, plan modifications after confirmation, motions to reopen, motions to redeem, or any other adversary proceeding, Defending §362 Motion by creditor, Defending Motion to Dismiss, Resolve Petition to Dismiss by Trustee, Combined §362 Motion by creditor and attending court, Motion to reinstate Automatic Stay or resumption of payment, Motion to modify post-confirmation plan, Motion for Substitution of Collateral, Motion to modify post-confirmation plan due to change in circumstances requiring new Schedule I and Schedule J, Motion to incur debt. Motion to sell property, Prevention of §362 Motion, Defending §362 Motion by creditor after a previous claim for prevention has been filed, Motion Establishing Priority of Tax Claim requiring post-confirmation plan modification, Objection to Creditor's Proof of Claim requiring post-confirmation plan modification or Plan STIP, Motion for Moratorium, Motion to Substitute Attorney, Taking over case,   Address change in estate, Post-Petition consultation relating to Tax Return, Attorney Review/Release of Mortgage communication waiver, Application to Employ, Application for Settlement, Creditor Violation Letter, Consent Order Approving Loan Modification, Consent Order Lifting the Stay (to proceed in family court), Negotiation with Mortgage Creditor for Loan Modification, Negotiation with Mortgage Creditor for Loan Modification, Payable in (3) monthly installments beginning 30 days after Case filing (Portal and Non-Portal), Motion to Approve Final Loan Modification Agreement,  Motion to Incur in efforts to Modify Mortgage Loan Mortgage, Loan Modification Report, Post Modification Forbearance Agreement/Workout, Letter to Appeal Denial of Loan Modification, Motion to Reinstate after Dismissal, Application for settlement to use insurance proceeds, Defense of Modification, Defense of Modification, Adequate Protection Request, Motion to Use Cash Collateral, Post Modification Forbearance Agreement/Workout File, Secured Creditor Claim, Direction of Pay/ Total Loss, Consent Order to Distribute Insurance Proceeds, Objection to Proof of Claims, Motion to Dismiss as to Deceased Debtor, Letter of Authorization, Student Loanify, Motion to Complete Case Before Plan Term,**

In re   **Midtown ABC LLC**                                                    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**Negoitaion with Trustee, and STIP payment Request and Analysis.**

| **CERTIFICATION** |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 19, 2023**                                  **/s/ JASON T. MOSS**
*Date*                                                **JASON T. MOSS 7240**
                                                      *Signature of Attorney*
                                                      **MOSS & ASSOCIATES, ATTORNEYS P.A.**
                                                      **816 ELMWOOD AVENUE**
                                                      **COLUMBIA, SC 29201**
                                                      **(803)-933-0202   Fax: (803)-933-9941**
                                                      **lindsey@mossattorneys.com**
                                                      *Name of law firm*

**LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1**

# United States Bankruptcy Court
### District of South Carolina

In re    **Midtown ABC LLC**

Debtor(s)

Case No.

Chapter    **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:   **December 19, 2023**

**/s/ Lakesha Covington Rasberry**
**Lakesha Covington Rasberry**
Signature of Debtor

**/s/ JASON T. MOSS**
Signature of Attorney
**JASON T. MOSS**
**MOSS & ASSOCIATES, ATTORNEYS P.A.**
**816 ELMWOOD AVENUE**
**COLUMBIA, SC 29201**
**(803)-933-0202**
Typed/Printed Name/Address/Telephone

**7240 SC**
District Court I.D. Number

AMAZON
PO BOX 530918
ATLANTA GA 30353


BITTY ADVANCE
1490 WILLIAM FLOYD PKWY, STE 102
SHIRLEY NY 11967


CRAWFORD & VON KELLER
PO BOX 4216
COLUMBIA SC 29240


CURE PAYMENT RECOVERY SOLUTIONS
1490 WILLIAM FLOYD PKWY, STE 102
SHIRLEY NY 11967


EDDIE MAYNARD JR
1219 BATCHELOR STREET
WEST COLUMBIA SC 29169


GHOSTANDZZ LLC
1219 BATCHELOR STREET
WEST COLUMBIA SC 29169


HOGBACK CAROLINA
5 LAKE CAROLINA WAY, STE 150
COLUMBIA SC 29229


HOGBACK SOUTH CAROLINA
C/O CRAWFORD & VON KELLER
PO BOX 4216
COLUMBIA SC 29240


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JC PENNEY
PO BOX 669812
DALLAS TX 75266


LAKESHA COVINGTON RASBERRY
6881 PENNINGTON ROAD
COLUMBIA SC 29209

LEXINGTON COUNTY TREASURER
212 SOUTH LAKE DRIVE
LEXINGTON SC 29072

QUIKTAP
PO BOX 4337
CAROL STREAM IL 60197

QUILL LLC
PO BOX 37600
PHILADELPHIA PA 19101

RICHLAND COUNTY CLERK OF COURT
1701 MAIN STREET, #205
COLUMBIA SC 29201

RICHLAND COUNTY MASTER IN EQUITY
THE HONORABLE JUDGE JOSEPH M STRICKLAND
1701 MAIN STREET, ROOM 212
COLUMBIA SC 29201

SAMS CLUB
PO BOX 669825
DALLAS TX 75266

SC DEPT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211

SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET, STE 320
BIRMINGHAM AL 35203

SMALL BUSINESS ADMINISTRATION
1835 ASSEMBLY STREET
ROOM 358
COLUMBIA SC 29201

SMALL BUSINESS ADMINISTRATION
PO BOX 3918
PORTLAND OR 97208

ZIMLINA LLC
2126 DEVINE STREET, STE A
COLUMBIA SC 29205

# United States Bankruptcy Court
## District of South Carolina

In re    **Midtown ABC LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Midtown ABC LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2023** _____    **/s/ JASON T. MOSS** _____
Date                                              **JASON T. MOSS 7240**
                                                  Signature of Attorney or Litigant
                                                  Counsel for    **Midtown ABC LLC** _____
                                                  **MOSS & ASSOCIATES, ATTORNEYS P.A.**
                                                  **816 ELMWOOD AVENUE**
                                                  **COLUMBIA, SC 29201**
                                                  **(803)-933-0202 Fax:(803)-933-9941**
                                                  **lindsey@mossattorneys.com**